FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    2014 SEP -3 PM 1:36

__Jacksonville__ Division    CLERK...
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ID# 2014023282    CIVIL RIGHTS COMPLAINT FORM

Felix Luis Cuevas-Rodriguez    CASE NUMBER: 3:14-cv-1053-J-34PDB

Orvel Winston Lloyd, #2014002137    (To be supplied by Clerk's Office)

On behalf of themselves and all those similarly situated,

(Enter full name of each Plaintiff and prison number, if applicable)

v.

John H. Rutherford, Sheriff
Duval County Medical Department (Jail)
and DOES 1 through 100,

Class Action Complaint
Fed. R. Civ. P. 23

Demand for Jury Trial

(42 U.S.C. 1983 & 1988)

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: Duval County Jail, 500 E. Adams Street,
    (Indicate the name and location)
    Jacksonville, FL. 32202

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

Jurisdiction: 28 USC 1331 & 1341 (3) & (4) / 28 USC 1367(a).

III. PREVIOUS LAWSUITS: [No]

[Plaintiffs reserve their right to amend this complaint at a later time.]

DC 225 (Rev 2/2012)    1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____N/A_____

      Defendant(s): _____N/A_____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____N/A_____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____N/A_____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____N/A_____

   7. Approximate filing date: _____N/A_____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____ N/A _____

_____

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Felix Luis Cuevas-Rodriguez #2014023282

Mailing address: 500 E. Adams Street, Jacksonville, Florida, 32202

B. Additional Plaintiffs: Orvel Winston Lloyd, #2014002137
500 E. Adams Street, Jacksonville, Florida, 32202

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: John H. Rutherford, Sheriff

Mailing Address: 500 E. Adams Street, Jacksonville, Florida, 32202

Position: [Sheriff]

Employed at: Duval County Sheriff's Office/Jail

D. Defendant: Duval County Jail Medical Department

Mailing Address: 500 E. Adams Street, Jacksonville, Florida, 32202.

Position: Medical Administrators, Supervisors, RNs, etc.

Employed at: Duval County Jail / Dept of Corrections

E. Defendant: DOES 1 through 100

Mailing Address: 500 E. Adams Street
Jacksonville, Florida 32202

Position: Correctional Officers

Employed at: Duval County Jail and Dept. of Corrections

F. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

1. Denial of Medical Treatment in Violation of the American Disabilities Act.
2. Denial of access to Courts and Access to An Adequate Law Library, or in the alternative, people trained in the law).
3. Denial of Grievance Forms and Refusal To Respond To Any.
4. Denial of Access to The Press; all in violation of the 4th, 8th, 14th (42 U.S.C. 1983, 1988).

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Plaintiff Felix L. Cuevas Rodriguez and Orvel Winston Lloyd file this Class action for declaratory and injunctive relief, damages, and punitive damages against Sheriff John H. Rutherford and The Administrators/Supervisors of the Duval County Jail, and Dept. of Corrections Medical Department, and John DOES 1 through 100 (persons sued herein and those of their fictitious names) for violations of Plaintiffs constitutional rights and those of other similarly situated persons.

In this complaint Plaintiffs' alleges that the Duval Dept. of Corrections official policy, practices, or detention of pretrial detainees in conditions that amount to cruel and unusual punishment violated and violates the rights of these Plaintiffs, and each of those persons similarly situated, secured by the 4th, 8th and 14th Amendments to the US Constitution and entitles plaintiffs, and each of those similarly situated, to recover damages and attorney's fees under the Federal Civil Rights Act (42 USC 1983, 1988). Duval County Jail and Dept. of Corrections along with its Medical Dept./Supervisors/Administrators, continue to fail in providing pretrial detainees with Medical Treatment, to include treatment to Plaintiff Cuevas-Rodriguez, that has a broken hand/bone which requires surgery and medical treatment is being denied on an ongoing basis. Plaintiff Lloyd is currently suffering from a stomach virus which requires outside hospital treatment by a licensed doctor, but [no] threatment is being provided. Tylenol is the only treatment for all medical conditions. Plaintiffs are currently housed in a unit that lacks T.V.'s, Newspapers, and cannot buy portable radios, and therefore, plaintiff have no access to the Press or the outside world. Pro-se litigants are denied access to the Law library, and access becomes available once a Month for a One Hour period, in violation of Bounds. Mental health treatment is not available and Plaintiff are suffering on a daily basis for lack of (mental health treatment) and medical treatment. The Sheriff does not reply to grievance forms and officers refuse to provide inmates with grievance forms.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Defendants will not provide Plaintiff with a pen and paper or access to the Law Library. Plaintiffs and all others similarly situated are in need of Justice as their constitutional rights are being violated on a daily basis. Plaintiff hereby file this complaint requesting an Emergency hearing, to be heard, and in connection to a TRO preventing the Defendants from repeating their illegal actions. Defendants are refusing to provide their true names, and Plaintiff are filing this complaint under John Does Names until otherwise provided with said names. Defendants are hereby sued in the amount of $4 million Dollars.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _1st_ day of _September_, 2_014_.

_Felix F. Cuevas Rodriguez_
_Orwel Lloyd_
(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _1st_ day of _September_, 20_14_.

Plaintiffs Cuevas Rodriguez and Lloyd brings this action on their own behalfs and on behalf of all other(s) persons similarly situated pursuant to Rule 23, Fed. Rule of Civil Procedures.